UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-21088 |
| Collette Anderson | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER IMPOSING AUTOMATIC STAY

This matter coming to be heard on the motion of the Debtor to impose the automatic stay; after due notice having been given and the opportunity for a hearing thereon, the Court being fully advised of the matter herein and pursuant to 11 USC §362(c)(4)(B),

IT IS HEREBY ORDERED THAT:

The automatic stay is imposed as to all creditors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 08 AUG 2019

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100