| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Collette Anderson** | Social Security number or ITIN | xxx–xx–0942 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed in chapter **13** | **7/29/19** |
| Case number: | **19–21088** | Date case converted to chapter **7** | **2/23/21** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Collette Anderson | |
| 2. | **All other names used in the last 8 years** | aka Collette Anderson–Tillman | |
| 3. | **Address** | 18400 Torrence Apt 5 Lansing, IL 60438 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Frances Gecker 1327 W. Washington Boulevard Suite 5G–H Chicago, IL 60607 | Contact phone 312–276–1400 Email: fgecker@fgllp.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 2/24/21 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 19, 2021 at 03:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **Appear by Telephone., visit: www.justice.gov/ust-regions-r11/, region-11-northern-district-illinois** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/21** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 19-21088-TAB

Collette Anderson  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: evelyng      Page 1 of 3

Date Rcvd: Feb 24, 2021      Form ID: 309A      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Collette Anderson, 18400 Torrence, Apt 5, Lansing, IL 60438 |
| 28052095 | | American Medical Response, PO Box 15339, Portland, OR 97293-5339 |
| 28052096 | + | American Profit Recove, 34505 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-3258 |
| 28052100 | + | CEP America, 2100 Powell, Emeryville, CA 94608-1826 |
| 28176600 | + | City of Calumet City, Municipal Collections of America Inc, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 28052101 | | City of Chicago Dept. of Revenue, Camera Enforcement Violation, PO Box 88292, Chicago, IL 60680-1292 |
| 28052102 | + | City of Chicago Parking, Department of Finance, P. O. Box 6330, Chicago, IL 60680-6330 |
| 28056897 | | D&D Management, Munster, IN 46321 |
| 28052107 | + | Gerber Collision Glass, 16100 Suntone Dr, South Holland, IL 60473-1241 |
| 28052108 | | Illinois Department of Human Servic, Cash Management Unit, PO Box 19407, Springfield, IL 62794-9407 |
| 28258822 | + | Illinois Department of Human Services, IL Attorney General, 100 W. Randolph St., 13th Fl., Chicago, IL 60601-3222 |
| 28052110 | + | Municipal Collection Services, PO Box 666, Lansing, IL 60438-0666 |
| 28052112 | + | Secretary of State, Attn: Bankruptcy Department, PO Box 7848, Madison, WI 53707-7848 |
| 28052113 | | Secretary of State License Renewal, 3701 Winchester Road, Springfield, IL 62707-9700 |
| 28052114 | + | Stanislaus Credit Control, 914 14th St., POB 480, Modesto, CA 95354-1011 |
| 28052117 | | The Illinois Tollway, 2700 West Ogden Avenue, Downers Grove, IL 60515-1703 |
| 28052109 | + | The Illinois Tollway, PO Box 5544, Chicago, IL 60680-5491 |
| 28052118 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 28178052 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 28052119 | + | Us Auto Fin, 824 N. Market Street, Wilmington, DE 19801-3024 |
| 28052120 | | Village of Hazel Crest Photo Enforc, Dept. 0125, PO Box 5905, Carol Stream, IL 60197-5905 |
| 28176608 | + | Village of Lansing, Municipal Collections of America Inc, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 28052121 | + | Village of Matteson, Police Department, 20500 S Cicero Ave, Matteson, IL 60443-1646 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: davidsiegelbk@gmail.com | Feb 25 2021 00:22:00 | David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090 |
| tr | | Email/Text: frances.gecker@txitrustee.com | Feb 25 2021 00:23:00 | Frances Gecker, 1327 W. Washington Boulevard, Suite 5G-H, Chicago, IL 60607 |
| 28052097 | + | EDI: PHINHARRIS | Feb 25 2021 02:58:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604-3517 |
| 28052099 | | EDI: WFNNB.COM | Feb 25 2021 02:58:00 | CB/Roomplace, PO Box 182789, Columbus, OH 43218-2789 |
| 28140622 | + | EDI: PHINHARRIS | Feb 25 2021 02:58:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris, 111 W. Jackson Ste. 600, Chicago, IL 60604-3517 |
| 28617160 | + | EDI: LCIFULLSRV | Feb 25 2021 02:58:00 | Comcast, Bankruptcy Department, PO Box 1931, Burlingame, CA 94011-1931 |

Case 19-21088 Doc 57 Filed 02/26/21 Entered 02/26/21 23:16:45 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: evelyng | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 24, 2021 | Form ID: 309A | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 28052103 | | EDI: WFNNB.COM | Feb 25 2021 02:58:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 28052104 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2021 00:24:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 28052106 | | EDI: BLUESTEM | Feb 25 2021 02:58:00 | FINGERHUT/WEBBANK, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 28052105 | | EDI: BLUESTEM | Feb 25 2021 02:58:00 | Fingerhut, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 28246162 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 00:23:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 28256491 | | EDI: PRA.COM | Feb 25 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 28256498 | | EDI: PRA.COM | Feb 25 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o The Roomplace, POB 41067, Norfolk VA 23541 |
| 28256560 | | EDI: PRA.COM | Feb 25 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 28052111 | + | EDI: PRA.COM | Feb 25 2021 02:58:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 28052115 | + | EDI: RMSC.COM | Feb 25 2021 02:58:00 | SYNCB/NTWK, PO Box 965036, Orlando, FL 32896-5036 |
| 28052116 | | EDI: RMSC.COM | Feb 25 2021 02:58:00 | SYNCB/WALMART, PO Box 965024, Orlando, FL 32896-5024 |
| 28052122 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 25 2021 00:23:00 | Wakefield & Associates, Inc., PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 28294082 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 28052098 | ## | Bay Area Credit Service, Bankruptcy Dept., 1901 W 10th Street, Antioch, CA 94509-1380 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0752-1 | User: evelyng | Page 3 of 3 |
| Date Rcvd: Feb 24, 2021 | Form ID: 309A | Total Noticed: 41 |

| Name | Email Address |
|---|---|
| David M Siegel | on behalf of Debtor 1 Collette Anderson davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Frances Gecker | fgecker@fgllp.com  fgecker@ecf.axosfs.com;csmith@fgllp.com;fgecker@iq7technology.com;ecf.alert+Gecker@titlexi.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4