Schedule – Post Petition Debts Rule 1019

COLLETTE ANDERSON  19-21088

| Creditor | Amount |
|---|---|
| Credit One Bank<br>P.O. BOX 98872<br>Las Vegas, NV 89193-8872 | $363.28 |
| Open MRI of Olympia Fields<br>BOX 369<br>New Lenox, IL 60451-0369 | $150.00 |
| Komyatte & Casbon, P.C.<br>Attorneys At Law<br>9650 Gordon Drive<br>Highland, IN 46322 | $25.00 |
| Community Care Network, Inc.<br>P.O. BOX 88010<br>Chicago, IL 60680-1010 | $25.00 |
| Community Healthcare System<br>9660 Wicker Avenue<br>St. John, IN 46373-9487 | $25.00 |
| Region Vein PC<br>P.O. BOX 366<br>Hinsdale, IL 60522 | $25.00 |
| North Point Orthopedics LLC<br>P.O. BOX 85043<br>Chicago, IL 60689 | $35.00 |
| Center for Vein Restoration<br>7474 Greenway Center Drive, Suite 1000<br>Greenbelt, MD 20770 | $50.00 |