**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Collette Anderson | ) | Chapter 13 |
| | ) | Case No. 19 B 21088 |
| Debtor(s) | ) | Judge Timothy A Barnes |
| Printed: 03/22/2021 | | Filed: 07/29/2019 |

---

## ORDER OF DISCHARGE OF TRUSTEE

After examination of the final report and account of the trustee, the court finds that Marilyn O Marshall has fulfilled her obligaions as trustee.

NOW THEREFORE IT IS ORDERED THAT:
Marilyn O Marshall is discharged as trustee and released from all further liabliltiy in this case, and trustee's surety is also released and discharged.


FOR THE COURT


Date: 03/22/2021                                   Jeffrey P. Allsteadt
                                                   Clerk of the Bankruptcy Court